AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FRANCISCO ALVAREZ,

*Plaintiff(s)*

v.

SCHOOL BOARD OF BROWARD COUNTY, FLORIDA,

*Defendant(s)*

Civil Action No. 16-cv-60310-JIC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCHOOL BOARD OF BROWARD COUNTY, FLORIDA
600 SE THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ESPINO LAW
C/O MONICA ESPINO, ESQ.
2100 CORAL WAY
SUITE 300
MIAMI, FL 33145

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 18, 2016



Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts